UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  **Eric De Castro**                           Case No.    __10-13079__ MS
        Debtor                                       Chapter  7

## NOTICE OF HEARING ON REAFFIRMATION AGREEMENT
(Where Debtor is Represented by Counsel in Negotiation of Agreement)

You are hereby notified of a hearing before the Honorable Morris Stern, United States Bankruptcy Judge.

SUBJECT OF HEARING:    Reaffirmation Agreement between Debtor and
                       _Green Tree Servicing, LLC_

LOCATION OF HEARING:   United States Bankruptcy Court
                       M.L. King Jr. Federal Building
                       50 Walnut Street
                       Courtroom 3A
                       Newark, NJ 07102

DATE AND TIME:         _April 12_ , 2010 _, at _10:00_ a.m.

FILED
JAMES J. WALDRON, CLERK
MAR 1 6 2010
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Alternatives regarding: **ATTORNEY APPEARANCES**

A. Only telephonic appearance is required if Local Form 21 (attached) has been submitted for review **or** if no later than five (5) days prior to the hearing date, a substitute Reaffirmation Agreement using the Local Form 21 is submitted; personal appearance remains an option under this circumstance.

B. **IN PERSON APPEARANCES BY DEBTOR'S ATTORNEY AND CREDITOR'S ATTORNEY ARE REQUIRED** if Local Form 21 has not been submitted for review. In such event five (5) days prior to the hearing Debtor's attorney shall file with the Court:

(1)    a copy of any security agreement (if any) relating to the reaffirmed debt;
(2)    proof of perfection (if any);
(3)    Debtor's certification as to the current fair market value of the collateral; and
(4)    a statement by Debtor's attorney as to why the reaffirmation agreement is in the Debtor's best interest and does not impose an undue hardship on Debtor.

JAMES J. WALDRON, CLERK

Robert Heim, Deputy Clerk

On _March 16, 2010_, a copy of the above notice was mailed to:

_Eric De Castro_              _183 Maple Street, Kearny, NJ 07032_

_Bong June Kim_               _(Served Electronically)_

_Green Tree Servicing, LLC_   _PO Box 6154, Rapid City, SC 57709-9858_
(Creditor)

Revised 9/1/05